UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Scott Pace,

Plaintiff,

v.

Brian Williams,, *et al.*,

Defendants.

Case No. 3:25-cv-00335-ART-CSD

**ORDER GRANTING**

STIPULATION TO DISMISS WITH PREJUDICE

Plaintiff, Scott Pace, and Defendant, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Faith Stickler, Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 1st day of September, 2026.

By: [signature]
Scott Pace (NDOC# 1044059)
Plaintiff, Pro Se

DATED this 1st day of September, 2026.
AARON D. FORD
Attorney General

By: /s/ Faith Stickler
Faith Stickler (Bar No. 14991C)
Deputy Attorney General
*Attorneys for Defendants*

DATED: 9-1-26

**IT IS SO ORDERED.**

[signature]
Anne R. Traum
United States District Judge

Dated this 16th day of October, 2026